1st JUDICIAL DISTRICT COURT FOR THE PARISH OF CADDO
STATE OF LOUISIANA

NO. 633044                                      DIVISION " "

MARGARET SUTTON

VERSUS

CASINO SHREVEPORT JOINT VENTURE d/b/a ELDORADO CASINO & RESORT
AND ACE AMERICAN INSURANCE COMPANY

PETITION FOR DAMAGES

The petition of MARGARET SUTTON, a person of the full age of majority and resident of Caddo Parish the State of Louisiana, with respect represents claims for personal injuries as follows:

1.

Made defendants herein are:

A. CASINO SHREVEPORT JOINT VENTURE d/b/a ELDORADO CASINO & RESORT, a foreign partnership authorized to do and doing business in this State; and

B. ACE AMERICAN INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

Defendants herein are jointly and in solido liable and indebted unto petitioner for such damages as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about November 25, 2020, an incident occurred at the CASINO SHREVEPORT JOINT VENTURE D/B/A ELDORADO CASINO & RESORT located at 451 Clyde Fant Parkway, Shreveport, LA 71101 wherein MARGARET SUTTON a customer of CASINO SHREVEPORT JOINT VENTURE D/B/A ELDORADO CASINO & RESORT tripped and fell on an uneven and defective threshold on the premises causing severe and disabling injuries to plaintiff.

**4.**

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendants, CASINO SHREVEPORT JOINT VENTURE D/B/A ELDORADO CASINO & RESORT AND ACE AMERICAN INSURNACE COMPANY through its agents and employees, which is attributed to but not limited to the following non-exclusive particulars:

   a) Failure to keep the premises in a safe condition;
   b) Failure to remedy an unsafe condition;
   c) Failure to instruct their employees as to the proper maintenance of the facility;
   d) Failure to warn patrons of an unsafe condition;
   e) Defendant knew or should have known of hazardous condition;
   f) Any and all other acts of negligence, which may be proven at the trial of this matter.

**5.**

As a result of the above referenced accident and negligence of the defendants, plaintiff MARGARET SUTTON suffered severe and disabling injuries asserted in a the following particulars:

   a) Past, present, and future mental and physical pain and suffering;
   b) Past, present, and future medical expenses;
   c) Past, present and future pain, suffering, and mental anguish and emotional distress;
   d) Permanent damage and disability;
   e) Loss of enjoyment of life;
   f) Loss of income;
   g) Past, present, and future loss of wages; and
   h) Such other elements of damages which will be more fully shown at a trial on the merits.

**6.**

Upon information and belief, it is alleged that all times material hereto, was CASINO SHREVEPORT JOINT VENTURE D/B/A ELDORADO CASINO & RESORT was insured by ACE AMERICAN INSURANCE COMPANY and provided coverage for this type of loss sued upon herein, thus rendering defendant liable unto petitioner.

WHEREFORE, petitioner prays that defendants be duly cited and served with a copy of this petition and, after all due proceedings are had, there be a judgment in favor of petitioner and against

the defendants, CASINO SHREVEPORT JOINT VENTURE D/B/A ELDORADO CASINO & RESORT AND ACE AMERICAN INSURANCE COMPANY jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of past earnings, loss of future earning capacity, and permanent disability of the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

*Alvendia, Kelly & Demarest, LLC*

RODERICK "RICO" ALVENDIA, 25554
J. BART KELLY III, 24488
JEANNE K. DEMAREST, 23032
KURT A. OFFNER, 28176
JENNIFER L. KUECHMANN, 36886
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

And

GREGORY J. CHIARTANO, LA 33058
3801 Canal St., Ste. 211
New Orleans, LA 70119

*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE:**

**ACE AMERICAN INSURANCE COMPANY**
Through its agent of service of process:
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

**CASINO SHREVEPORT JOINT VENTURE D/B/A ELDORADO CASINO & RESORT**
*Via the Louisiana Long Arm statute:*
Through Its Officer Of Service Of Process:
Premier Entertainment Louisiana I, Llc
100 Westminster Street
Providence, RI 02903

debbies                                                                                   CPCC.CV.2932010

# Long-Arm Citation

MARGARET SUTTON                          NO. 633044 – C
VS                                                               STATE OF LOUISIANA
CASINO SHREVEPORT JOINT VENTURE DBA     PARISH OF CADDO
ETAL

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:     CASINO SHREVEPORT JOINT VENTURE DBA EL DORADO
                                                           CASINO & RESORT
                                                           THRU, PREMIER ENTERTAINMENT LOUISISAN I, LLC
                                                           100 WESTMINSTER STREET
                                                           PROVIDENCE, RI
                                                           02903

**YOU HAVE BEEN SUED.**
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date October 13, 2021.

     *Also attached are the following:                  **MIKE SPENCE, CLERK OF COURT**
   \_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS
   \_\_\_\_\_ INTERROGATORIES
   \_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS    By: _____
   \_\_\_\_\_                                                                                Deputy Clerk

                                                                               **RODERICK ALVENDIA**
                                                                                     Attorney

# FILE COPY

debbies

CPCC.CV.2932010

# Long-Arm Citation

MARGARET SUTTON
   VS
CASINO SHREVEPORT JOINT VENTURE DBA ETAL

NO. 633044 – C
STATE OF LOUISIANA
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   CASINO SHREVEPORT JOINT VENTURE DBA EL DORADO
CASINO & RESORT
THRU, PREMIER ENTERTAINMENT LOUISISAN I, LLC
100 WESTMINSTER STREET
PROVIDENCE, RI
02903

**YOU HAVE BEEN SUED.**
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date October 13, 2021.

*Also attached are the following:
\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS
\_\_\_\_\_ INTERROGATORIES
\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS
\_\_\_\_\_

MIKE SPENCE, CLERK OF COURT

By: _____
      Deputy Clerk

\_\_\_\_RODERICK ALVENDIA\_\_\_\_
Attorney

---

SERVICE INFORMATION:   Date _____

Personal \_\_\_\_\_ Domiciliary \_\_\_\_\_ to _____

Unserved \_\_\_\_\_ because _____

Remarks _____

_____
Deputy Sheriff

debbies

CPCC.CV.2932010

# Long-Arm Citation

MARGARET SUTTON  
VS  
CASINO SHREVEPORT JOINT VENTURE DBA ETAL

NO. 633044 – C  
STATE OF LOUISIANA  
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   CASINO SHREVEPORT JOINT VENTURE DBA EL DORADO CASINO & RESORT  
THRU, PREMIER ENTERTAINMENT LOUISISAN I, LLC  
100 WESTMINSTER STREET  
PROVIDENCE, RI  
02903

YOU HAVE BEEN SUED.

Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date October 13, 2021.

*Also attached are the following:

\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS

\_\_\_\_ INTERROGATORIES

\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS

MIKE SPENCE, CLERK OF COURT

By: _____

Deputy Clerk

RODERICK ALVENDIA  
Attorney

A TRUE COPY - - ATTEST

Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Legal Services of North Louisiana, Inc. Please call 222-7281 for more information.

debbies

CPCC.CV.2931939

# Citation

$39.36
$50.00

MARGARET SUTTON
  VS
CASINO SHREVEPORT JOINT VENTURE DBA ETAL

NO. 633044- C
STATE OF LOUISIANA
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    ACE AMERICAN INSURANCE COMPANY
THRU HONORABLE SECRETARY OF STATE
BATON ROUGE, LA

**YOU HAVE BEEN SUED.**
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date October 13, 2021.

\*Also attached are the following:
\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS
\_\_\_\_\_ INTERROGATORIES
\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS

MIKE SPENCE, CLERK OF COURT

By: _____
       Deputy Clerk

\_\_\_\_\_ ORDERICK ALVENDIA
      Attorney

SERVICE INFORMATION:      Date _____

Personal \_\_\_\_\_ Domiciliary \_\_\_\_\_ to _____

Unserved \_\_\_\_\_ because _____

Remarks _____

_____
Deputy Sheriff

I made service on the named party through the Office of the Secretary of State on

**OCT 25 2021**

by tendering a copy of this document to:
**JULIE NESBITT**

DY. E. CUMMINS #7155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

FILED
SHERIFF RETURN

NOV 03 2021

MIKE SPENCE
CLERK OF COURT

$ ____ FILED
NOV 05 2021
STEPHEN FEAZEL
DEPUTY CLERK OF COURT
CADDO PARISH

| | |
|---|---|
| MARGARET SUTTON | NUMBER: 633,044-C |
| VERSUS | 1ST JUDICIAL DISTRICT COURT |
| CASINO SHREVPORT JOINT VENTURE, ET AL. | CADDO PARISH, LOUISIANA |

### EXCEPTIONS, ANSWER, AND AFFIRMATIVE DEFENSES TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come defendant, ELDORADO CASINO SHREVEPORT JOINT VENTURE (hereinafter referred to as "defendant" or "Eldorado") (erroneously identified by plaintiff as CASINO SHREVPORT JOINT VENTURE), who in response to the Petition of plaintiff, MARGARET SUTTON ("plaintiff"), avers as follows:

### EXCEPTIONS

1.

Defendants plead the exception of improper venue and insufficiency of service of process.

### ANSWER

AND NOW, without waiving the foregoing exception, defendant responds to the allegations in plaintiff's Original Petition and deny each and every allegation contained therein, except as specifically admitted hereafter. And now, responding to the separately numbered paragraphs plaintiff's Original Petition, defendant responds as follows:

1.

Defendants admit that CASINO SHREVEPORT JOINT VENTURE is named as a defendant. In further answering, however, defendants aver that the entity which owns and operates the casino and property where the incident allegedly occurred in is ELDORADO CASINO SHREVEPORT JOINT VENTURE. Defendant denies the remaining allegations of paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

1

2.

Defendant denies the allegations of paragraph 2.

3.

Defendant denies the allegations of paragraph 3.

4.

Defendant denies the allegations of paragraph 4 and each of its subparts.

5.

Defendant denies the allegations of paragraph 5 and each of its subparts.

6.

Defendant denies the allegations of paragraph 6.

IN FURTHER ANSWERING, defendant affirmatively pleads as follows:

7.

Defendants affirmatively plead the fault of plaintiff as the sole cause of the damages complained of by plaintiffs. Plaintiff failed to keep a proper lookout and to observe her surroundings, and to exercise reasonable care for the safety and protection of her own person.

8.

In the alternative, defendants affirmatively plead the comparative fault of plaintiff or third persons. To the extent any fault is allocated to plaintiff or third persons, any damages awarded against defendant, the right to which is denied, should be reduced in proportion to the fault of plaintiff or third persons.

9.

Defendant affirmatively pleads the fault of third persons for whom defendant is not responsible and whose fault may have caused or contributed to the damages plaintiff claims to have suffered.

10.

Defendant affirmatively pleads plaintiff's failure to mitigate her damages.

11.

Defendant alleges, without admitting any liability whatsoever, that any acts or omissions of defendant were superseded by the acts or omissions of others, including those of plaintiff, or third persons, all of which were independent, intervening and superseding causes of all alleged injury, damage or loss.

12.

To the extent that the risk, if any, alleged by plaintiff was open an obvious, Eldorado is not liable.

13.

Subject to further investigation and discovery, plaintiff's claims may have prescribed under applicable statutes of limitation.

14.

Defendant shows that if any of the medical expenses claimed by plaintiff in this case have been paid pursuant to Medicare and/or Medicaid, then pursuant to 42 U.S.C. § 1395(v)(b)(B)(ii)(b)(a) and La. R.S. 46:153(E), plaintiff has no cause of action for recovery of any such medicals paid by Medicare and/or Medicaid as the acceptance of payment by or on behalf of plaintiff constitutes a complete assignment of rights to said entities for recovery of those benefits.

15.

Defendant shows that it is entitled to a credit for any medical expenses discounted or mark down by any provider pursuant to an agreement with plaintiff or plaintiff's counsel and with regard to any mark down or discount resulting from health insurance payments or pursuant to a health insurance contract under the Balanced Billing Act, La. R.S. 22:1874.

16.

Defendant shows that if any of the medical expenses claimed by plaintiff in this case have been paid pursuant to a health insurance issuer or Medicare, then pursuant to La. R.S. 9:2800.27 (part of the Civil Justice Reform Act of 2020), plaintiff's recovery of medical expenses is limited to the amount actually paid to the contracted medical provider by the health insurance issuer or Medicare, and any applicable cost sharing amounts paid or owed by the claimant, and not the amount billed.

17.

Defendant is entitled to a reduction in the amount for which it may be held liable in judgment in accordance with the degree or percentage of fault and/or negligence attributable to plaintiff, or to any and all other persons and legal entities, including those which may be or are released by settlement, bankruptcy, or otherwise, all in accordance with the laws of indemnity, comparative negligence, subrogation, and/or contribution.

18.

Defendant shows that it is entitled to a credit for any medical expenses discounted or marked down by any healthcare provider who paid such expenses on behalf of or to plaintiffs pursuant to the Louisiana Workers' Compensation Act.

19.

Defendant reserves the right to assert additional affirmative defenses based upon further investigation and discovery.

20.

Defendant is entitled to and prays for a trial by jury as to all issues triable by a jury.

WHEREFORE, defendant, ELDORADO CASINO SHREVEPORT JOINT VENTURE, respectfully prays the above and foregoing exception and answer be deemed good and sufficient; and that following due proceedings had, there be judgment herein in favor of defendant and against plaintiff, rejecting and dismissing the claims and demands of the plaintiff at plaintiff's cost.

DEFENDANT FURTHER PRAYS for all general and equitable relief.

DEFENDANT FURTHER PRAYS for a jury trial as to all issues triable by a jury.

BLANCHARD, WALKER, O'QUIN & ROBERTS
(A Professional Law Corporation)

By:_____
Scott R. Wolf, La. Bar #28277

700 Regions Bank Tower
Post Office Drawer 1126
Shreveport, Louisiana 71163-1126
Telephone: (318) 221-6858
Telecopier: (318) 227-2967

ATTORNEYS FOR DEFENDANT,
ELDORADO CASINO SHREVEPORT JOINT
VENTURE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Answer to Petition for Damages has this date been served upon the following parties by placing same in the United States Mail, postage paid.

Jeanne K. Demarest, Esq.
ALVENDIA, KELLY & DEMAREST, LLC
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112

Greg J. Chiartano, Esq.
3801 Canal Street, Suite 211
New Orleans, LA 70119

Shreveport, Louisiana, this _5th_ day of November, 2021.

_____
OF COUNSEL

6



| | |
|---|---|
| MARGARET SUTTON | NUMBER: 633,044-C |
| VERSUS | 1ST JUDICIAL DISTRICT COURT |
| CASINO SHREVPORT JOINT VENTURE, ET AL. | CADDO PARISH, LOUISIANA |

### REQUEST FOR NOTICE OF TRIAL AND JUDGMENT

NOW INTO COURT, through undersigned counsel, come the defendant, ELDORADO CASINO SHREVEPORT JOINT VENTURE (hereinafter referred to as "defendant" or "Eldorado") (erroneously identified by plaintiff as Eldorado Resorts, Inc.) and ELDORADO RESORTS, INC. ("defendants"), who request that it be given at least ten (10) days' written notice in advance in accordance with Article 1571 and 1572 of the Louisiana Code of Civil Procedure, of the date that this case is to be fixed for hearing or trial, and pursuant to Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, of all final and interlocutory judgments.

BLANCHARD, WALKER, O'QUIN & ROBERTS
(A Professional Law Corporation)

By: _____
Scott R. Wolf, La. Bar #28277

700 Regions Bank Tower
Post Office Drawer 1126
Shreveport, Louisiana 71163-1126
Telephone: (318) 221-6858
Telecopier: (318) 227-2967

ATTORNEYS FOR DEFENDANT,
ELDORADO CASINO SHREVEPORT JOINT VENTURE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Request for Notice of Trial and Judgment has this date been served upon the following parties by placing same in the United States Mail, postage paid.

Jeanne K. Demarest, Esq.
ALVENDIA, KELLY & DEMAREST, LLC
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112

Greg J. Chiartano, Esq.
3801 Canal Street, Suite 211
New Orleans, LA 70119

Shreveport, Louisiana, this _____ day of November, 2021.

_____
OF COUNSEL