UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARGARET SUTTON                              CIVIL ACTION NO. 21-cv-4418

VERSUS                                       JUDGE ELIZABETH E. FOOTE

ELDORADO CASINO SHREVEPORT JOINT             MAGISTRATE JUDGE HORNSBY
VENTURE, ET AL.

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion to Remand (Doc. 10) is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __27th__ day of ___April_____, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE